ACCEPTED
04-14-00246-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/2/2015 12:09:01 PM
KEITH HOTTLE
CLERK

04-14-00246-CR

| | | |
|---|---|---|
| DESTYN DAVID FREDERICK | § | IN THE COURT OF APPEALS |
| Appellant | § | |
| | § | |
| VS. | § | FOURTH SUPREME JUDICIAL |
| | § | DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | |
| Appellee | § | SAN ANTONIO, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/02/2015 12:09:01 PM
KEITH E. HOTTLE
Clerk

## SECOND MOTION FOR LEAVE
## TO WITHDRAW AS ATTORNEY OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Richard E. Langlois, court appointed attorney of record for Appellant, Destyn David Frederick, in the above styled and numbered cause and respectfully requests leave of Court to withdraw as counsel for Appellant and in support thereof shows:

### I.

Counsel was appointed by the District Court in LaSalle County to represent Destyn David Frederick for the appeal of a conviction of murder in the above styled and numbered cause. Counsel timely filed appellant's brief in this matter. This court issued an opinion affirming appellant's conviction and sentence on September 9, 2015. Thereafter, Counsel submitted a letter in compliance with Rule 48.2 TRAP to Destyn David Frederick informing him of his right to file a pro se petition for discretionary review pursuant to Rule 68 TRAP and provided notice counsel would withdraw as his attorney of record. Counsel is in compliance with the opinion in *Ex Parte Wilson, 956 S.W.2d 25, (Tex.Crim.App. 1997* and has not been retained to file a Petition for Discretionary Review.

Page 1 of 4

## II.

Counsel, in an abundance of caution to avoid Defendant Frederick forfeiting his right to file a pro se petition for discretionary review, filed a motion to extend time to file petition for discretionary review that was granted to November 9, 2015 by the Texas Court of Criminal Appeals.

In response to Counsel's previous motion to withdraw with this court Counsel filed a motion to retract his prior motion to withdraw, which motion this Court granted.

Counsel has received an email from Destyn Frederick's mother on October 29, 2015 notifying counsel not to file a petition for discretionary review.

Counsel is therefore filing a second motion to withdraw as counsel of record for Defendant Destyn Frederick in compliance with Defendant's request by his mother.

## III.

Counsel believes that no injustice or prejudice will be caused by the withdrawal of counsel at this time and that Counsel has no further legal duty to continue to represent appellant in this matter.

WHEREFORE, PREMISES CONSIDERED, Richard E. Langlois respectfully requests that this court enter an order permitting counsel withdraw from his representation of Destyn David Frederick in this cause.

RESPECTFULLY SUBMITTED

LAW OFFICES
RICHARD E. LANGLOIS
217 Arden Grove
San Antonio, Texas 78215
Tel: (210) 225-0341
Fax: (210) 225-0345


/s/ *Richard E. Langlois*
State Bar No. 11922500
Attorney for Appellant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion to Withdraw has been mailed to Destyn David Frederick, TCDJ: 01920865, 899 FM 632, Kenedy, Texas 78110-4516 and to Mr. Rene M. Pena, Atascosa County District Attorney. 1327 3rd St., Floresville, Texas 78114-1961, on this 1st day of November 2015.

*/s/ Richard E. Langlois*

**richardl**

|---|---|
| **From:** | Gloria Rodriguez <gloriarod1953@yahoo.com> |
| **Sent:** | Thursday, October 29, 2015 3:12 PM |
| **To:** | richardl@stic.net |
| **Subject:** | Termination of counsel |

As per DESTYN D. FREDERICK, , I am requesting on Mr. DESTYN D. FREDERICK'S BEHALF TO TERMINATE YOU AS COUNSEL/ATTORNEY. EFFECTIVE IMMEDIATELY.  PER DESTYN D. FREDERICK,  DOSES NOT WANT YOU TO FILE ANY MOTIONS,  INCLUDING BUT NOT LIMITED TO a PDR.

REQUESTING ON MR. DESTYN D  FREDERICK'S BEHALF
GLORIA RODRIGUEZ (MOTHER)
POWER OF ATTORNEY for
DESTYN D. FREDERICK

RESPECTFULLY
DATED 10/29/2015

Sent from Yahoo Mail on Android

1

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**10/12/2015** **COA Case No. 04-14-00246-CR**
**FREDERICK, DESTYN DAVID    Tr. Ct. No. 11-09-00041-CRL        PD-1334-15**
On this day, this Court has granted the Appellant's motion for an extension of time in which to file the Petition for Discretionary Review.  The time to file the petition has been extended to Monday, November 09, 2015.  NO FURTHER EXTENSIONS WILL BE ENTERTAINED.  NOTE:  Petition for Discretionary Review must be filed with the Court of Criminal Appeals.

Abel Acosta, Clerk

RICHARD E. LANGLOIS
217 ARDEN GROVE
SAN ANTONIO, TX  78215
* DELIVERED VIA E-MAIL *

# LAW OFFICES

217 Arden Grove
San Antonio, Texas 78215
Tel. (210) 225-0341
Fax (210) 225-0345
Email: richardl@stic.net
Email: brookslawyer@gmail.com

**RICHARD E. LANGLOIS**
Certified Specialist Criminal Law
Texas Board of Legal Specialization

**WILLIAM A. BROOKS**

September 14, 2015

Destyn D. Frederick
TDCJ: 01920865
899 FM 632
Kenedy, TX 78119-4516

RE:  Destyn David Frederick v State
     04-14-00246-CR
     11-09-00041-CRL

Dear Mr. Fredrick:

I have enclosed a copy of the opinion by the Fourth Court of Appeals issued September 9, 2015 affirming your conviction and sentence. I am disappointed that we did not prevail on this appeal.

I have personally reviewed the opinion and applicable case law cited by the Fourth Court of Appeals within their opinion and the dissenting opinion. The Fourth Court weighed heavily on certain issues to affirm your conviction. One issue is you gave the shotgun to Guerra and that links you to the crime. A second issue was you went with Guerra and Serna to the Casas's home. The third issue is the DNA on the soda can linking you to crime as being present. Also the Court relied on the latex gloves found in the back yard in the proximity to the shotgun used to murder Mr. Casas was similar to latex gloves found in your truck with DNA of which you were not excluded. The court found these facts sufficient to link you to the crime.

In affirming the second ground of review relating to whether you were a party and could have anticipated Guerra shooting Mr. Casas. The Fourth Court found that you supplied the gun, was aware there were bullets in the gun and was at the residence when the forced entry was made. This was sufficient to find you could have anticipated Guerra would kill someone inside the home.

I understand you have a different perspective of your role in the crime. However, at this juncture the Fourth Curt of Appeals has affirmed your conviction. However, The issue I must address in this letter is to inform you whether or not I will file a Petition for Discretionary Review (PDR) to the Texas Court of Criminal Appeals. My answer is that I will not file a PDR because I do not find any issue with the opinion of the Fourth Court of Appeals that will be granted by the Texas Court of Criminal Appeals. Issued raised in a PDR challenge the correctness of the law applied by the Fourth Court of Appeals in affirming your conviction. Specifically, PDR does not challenge the trail courts rulings but focuses on whether the Fourth Court of Appeals correctly decided the legal issues in your case.

Pursuant to the opinion in *Ex Parte Wilson, 956 S.W.2d 25, (Tex.Crim.App. 1997)* appointed counsel is not obligated to file a Petition for Discretion Review of the Fourth Court of Appeals decision. Therefore, I will not file a Petition for Discretionary (PDR) on your behalf as appointed counsel. My representation in this matter is concluded and I will be filing a Motion to Withdraw as Appointed Counsel of Record on your behalf.


FILE COPY

You may retain counsel to represent you on a Petition for Discretionary Review, and if you do not then your only avenue of appeal is by a Art. 11.07 Writ of Habeas Corpus.

Pursuant to Rule 48.4, Texas Rules of Appellate Procedure, you have a right to file a "pro se" Petition for Discretionary Review within thirty days of the date of this opinion; which would be October 9, 2015. Should you decide not file a pro se Petition for Discretionary Review your conviction and sentence will become final and a mandate will issue, and you will be obligated to fulfill the terms of your sentence.

Should you decide to file a Petition for Discretionary Review, you may request a thirty day extension of time to file your "pro se" PDR. The Motion for Extension of Time to File a PDR must be submitted before October 9, 2015 directly to the Texas Court of Criminal Appeals, P.O. Box 12308, Capitol Station, Austin, Texas 78711. The Petition for Discretionary Review must also be filed directly to the Texas Court of Criminal Appeals.

Pursuant to Rule, 68, Texas Rules of Appellate Procedure, a Petition for Discretionary Review is not a matter of right but is granted only upon a vote by four judges on the Court of Criminal Appeals. The Court of Criminal Appeals' decision to grant review will be made for one of the enumerated statutory reasons;(1) if the court of appeal's decision conflicts with an opinion of another court of appeals; or (2) whether the court of appeals has decided an important question of state or federal law that has not been, but should be settled by the Court of Criminal Appeals, (3) whether a court of appeals has decided a question of state or federal law in a way that conflicts with the applicable decisions of the Court of Criminal Appeals or the Supreme Court for the United States;(4) whether a court of appeals has declared a statute, rule, regulation, or ordinance unconstitutional, or appears to have misconstrued a statute, rule regulation or ordinance; or (5) whether the justices of a court of appeals have disagreed on a material question of law necessary to the court's decision; and (6) whether a court of appeals has so far departed from the accepted and ususal course of judicial proceedings, or so far sanctioned such a departure by a lower court, as to call for an exercise of the Court of Criminal Appeals' power of supervision.

Should you have any questions you may contact me.

Sincerely,

Richard E. Langlois
enc: Opinion
CERT-MAIL:RRR7008 1300 0002 2394 6739

October 20, 2015

Destyn D. Frederick
TDCJ: 01920865
899 FM 632
Kenedy, TX 78119-4516

RE:   Destyn David Frederick v State
      04-14-00246-CR
      11-09-00041-CRL

Dear Mr. Frederick:

Dear Mr. Frederick:

I have previously sent you a letter I will not file a PDR for you. Given the circumstances you did not timely receive my original letter, I have changed course of action and will file you PDR. The extension was granted and I will file the PDR by November 9, 2015. It would be unfair to you to not to have a PDR filed iny our case.

In an abundance of caution that you did not receive my letter notifying you that I would not be filing a Petition for Discretionary Review, I have on this date filed a Motion to Extent the Time to File the Petition for Discretionary Review. I have also filed a motion to withdraw my Motion to Withdraw with the Fourth Court of Appeals.

Given the limited time to file a Petition for Discretionary Review, I am now advising you that I will prepare and file a Petition for Discretionary Review by November 9, 2015. However, if you decide to hire another attorney to file your PDR, then please inform me.

Sincerely,

Richard E. Langlois

CERT-MAIL:RRR:7013 3020 0001 6577 50168

October 9, 2015

Destyn D. Frederick
TDCJ: 01920865
899 FM 632
Kenedy, TX 78119-4516

RE:     Destyn David Frederick v State
        04-14-00246-CR
        11-09-00041-CRL

Dear Mr. Frederick:

Dear Mr. Frederick:

Enclosed is a copy of a letter and the opinion in your case which I sent by certified mail on September 14, 2015. I am following up on this matter because I have not received confirmation that you received the letter with the opinion in your case.

In an abundance of caution that you did not receive my letter notifying you that I would not be filing a Petition for Discretionary Review, I have on this date filed a Motion to Extent the Time to File the Petition for Discretionary Review. This will allow you sufficient time to get someone to file a PDR for you or to file one "pro se". Without the Motion to Extend the Time to File the time to file the PDR would have been on September 9, 2015 and you would be allowed to file a PDR timely.

It is important to know that a Petition for Discretionary Review is granted only if four judges agree to hear the issues raised. Issues presented in a PDR do not re-litigate the errors that occurred at trial. Rather, the issues raised in a PDR must addressed the legal correctness in the opinion of the Fourth Court of Appeals. Therefore any complaint presented in a PDR must address whether the Fourth Court of Appeal apply the correct legal analysis in deciding that the evidence was sufficient to establish your guilt as a party to the felony murder. Was the reasoning applied by the Fourth Court of Appeals in compliance with the established case law that has set forth the procedures to determine the sufficiency of the evidence for parties charge under a conspiracy theory and was the evidence sufficient to establish that you should have anticipated that someone would likely be shot. This issue is decided upon consideration of the evidence that a reasonable jury would have found the evidence sufficient.

If you decide to file a PDR you will have until November 9, 2015 to file the PDR with the Texas Court of Appeals. No further extensions will be granted.

Sincerely,

Richard E. Langlois
enc: Opinion etc
CERT-MAIL:RRR: 7010 278 0003 6883 1376